## TERRANCE STEVENSON *v.* COMMISSIONER OF CORRECTION

The petitioner Terrance Stevenson's petition for certification for appeal from the Appellate Court, 112 Conn. App. 675 (AC 28977), is denied.

*Michael Oh,* special public defender, in support of the petition.

*Melissa Patterson,* deputy assistant state's attorney, in opposition.

Decided March 31, 2009